**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. Loop 820, Suite 300**
**North Richland Hills, TX  76180-6608**
**(817) 770-8500**
**FAX (817) 770-8508**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NUMBER: 17-43040-RFN** |
| **STEPENIA PEYTON** | § | |
| | § | **CHAPTER 13** |
| | § | |
| **DEBTOR,** | § | **JUDGE RUSSELL F NELMS** |
| | § | |

**MOTION TO DISMISS WITH CERTIFICATION OF SERVICE AND NOTICE OF HEARING THEREON**
**(IRS RETURN)**

Now comes Tim Truman, Standing Chapter 13 Trustee and files this motion pursuant to Section 1307 (c) of the Bankruptcy Code and Bankruptcy Rule 9014, and would respectfully show unto the Court as follows:  This case should be **DISMISSED** for the following cause(s):

Debtor has failed to deliver to the Trustee, or file with the court, a copy of their  2017 tax return as required by Section 521 (f)(1) of the Bankruptcy Code, and Debtor has failed to cooperate with the Trustee as necessary to enable the Trustee to perform the Trustee's duties under Title 11 Section 1302 (b) as required by Section 521(a)(3).

**WHEREFORE**, your Trustee prays that after notice and hearing, this Chapter 13 case  be  **DISMISSED**.

Respectfully submitted,

/s/ Tim Truman

Tim Truman, Standing Chapter 13 Trustee
State Bar No. 20258000
6851 N.E. Loop 820, Suite 300
North Richland Hills, TX  76180-6608
(817) 770-8500

**NOTICE OF HEARING TO THE DEBTOR AND DEBTOR'S ATTORNEY OF RECORD:**

You are notified of the filing of the foregoing Trustee's Motion.  **A pre-hearing conference on the Trustee's Motion will be held on Friday, June 15, 2018 at 10:00 AM by the Trustee at 6851 N.E. Loop 820, Suite 300, Third floor, N. Richland Hills, TX  76180-6608.**  Any objection or response to the proposed **MOTION** not resolved or defaulted at the pre-hearing conference will be heard by the Court at 8:30 AM, on **July 12, 2018,** at **204 U.S. Courthouse, 10th and Lamar St., Fort Worth, Texas.  YOU DO NOT HAVE TO ATTEND THE TRUSTEE'S PRE-HEARING CONFERENCE OR THE COURT HEARING UNLESS YOU OPPOSE DISMISSAL OF THE CASE.**

17-43040-RFN                                                                                                         STEPENIA PEYTON

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing Trustee's "Motion to Dismiss with Certificate of Service and Notice of Hearing Thereon" was served on the parties listed below in the manner listed below on or before May 07 , 2018.

**BY FIRST CLASS MAIL:**

STEPENIA PEYTON,  2016 Rockcreek Drive,  Arlington, TX  76010-0000

**BY ELECTRONIC SERVICE:**

LAW OFFICE OF DWAIN DOWNING PC, 1178 W PIONEER PKWY, ARLINGTON, TX  76013
AIS PORTFOLIO SERVICES, PO BOX 165028, IRVING, TX  75016
EVERETT LEGAL SERVICES, PO BOX 167544, IRVING, TX  75016
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX  75207
LOCKE LORD, 2200 ROSS AVE STE 2800, DALLAS, TX  75201
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

/s/ Tim Truman

Tim Truman, Trustee/State Bar No. 20258000