OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
6851 N.E. LOOP 820, SUITE 300
NORTH RICHLAND HILLS, TX  76180-6608
(817)770-8500
FAX(817)498-1362

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: STEPENIA PEYTON | § § § § § | CASE NO: 17-43040-RFN |
| DEBTOR | | |

### NOTICE TO DEPOSIT UNCLAIMED FUNDS TO THE UNITED STATES TREASURY

Transmitted herewith is a check for deposit into the Court's unclaimed funds registry as unclaimed property for the above referenced Chapter 13 case.  I hereby certify that a period of sixty days has elapsed since the issuance of these funds and the disbursement check(s) has not been negotiated.

Disposition of Case:  Closed

| Payee Name | Check Date | Amount |
|---|---|---|
| STEPENIA PEYTON<br>2016 Rockcreek Drive<br>Arlington, TX  76010 | 08/30/2018 | $8,092.06 |

/s/   Tim Truman
Tim Truman, Standing Chapter 13 Trustee
Bar No. 20258000

NOTICE TO DEBTOR:  IF YOUR NAME DOES NOT APPEAR ABOVE AS "PAYEE" YOU ARE NOT ENTITLED TO TH FUNDS.

STEPENIA PEYTON
2016 Rockcreek Drive
Arlington, TX  76010

STEPENIA PEYTON
2016 Rockcreek Drive
Arlington, TX  76010

Case No:  17-43040-RFN                                                                                                          STEPENIA PEYTON

Notice to Deposit Unclaimed Funds to the United States Treasury                                              Page 2 of 2

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice was served on the parties listed below in the manner listed below on or before 11/16/2018:

/s/  Tim Truman

Standing Chapter 13 Trustee

**BY FIRST CLASS MAIL:**

STEPENIA PEYTON,  2016 Rockcreek Drive,  Arlington, TX  76010-0000

**ELECTRONIC SERVICE:**

LAW OFFICE OF DWAIN DOWNING PC, 1178 W PIONEER PKWY, ARLINGTON, TX  76013
AIS PORTFOLIO SERVICES, PO BOX 165028, IRVING, TX  75016
EVERETT LEGAL SERVICES, PO BOX 167544, IRVING, TX  75016
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 2777 N STEMMONS FWY #1000, DALLAS, TX  75207
LOCKE LORD, 2200 ROSS AVE STE 2800, DALLAS, TX  75201
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242